PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Henry Rome                                          Cr.: 01-000819-01

Name of Sentencing Judicial Officer:  HONORABLE WILLIAM G. BASSLER
                                      UNITED STATES DISTRICT COURT JUDGE

Date of Original Sentence: 05/21/03

Original Offense: Possession of Firearm by Convicted Felon

Original Sentence: Imprisonment - 52 months; Supervised Release - 3 years; Special Assessment - $100

Type of Supervision: Supervised Release                 Date Supervision Commenced: 04/21/05

Assistant U.S. Attorney: Scott McBride                  Defense Attorney: Peter Carter

## PETITIONING THE COURT

[X] To issue a warrant - to be lodged as a detainer
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime.'** |
|   | On April 18, 2007, the offender was arrested by Atlantic City Police Department and charged with Possession of CDS, and Possession with Intent to Distribute CDS Within 500 feet of Public Housing. According to the arresting officer, the offender was observed on the corner of a high drug traffic area. The officer observed an individual approach Rome. The offender reportedly backed up against a building and was observed reaching down the back of his pants and removed something. He then placed the object in the front of his pants. Rome returned to the individual, and the officer observed a hand to hand transaction between Rome and the unnamed individual, which in the police officer's training and experience was consistent with drug distribution. Atlantic City Police Officers approached Rome and inquired what he had down his pants. The offender denied having anything in his pants. He was placed under arrest and transported to the police station to be searched. While en route to the police station, the police officer noted that the offender was squirming in the back seat of the patrol car. Rome was removed from the patrol car and officers immediately searched the rear of the vehicle. They discovered a plastic baggie containing 11 smaller baggies containing rock cocaine, which was stuffed up under the back seat where the offender had been sitting. According to the investigating officer, the total amount of crack cocaine found was approximately 3 grams. The offender was processed and is presently lodged at the Atlantic County Jail on a $35,000 cash or bond bail. |

PROB 12C - Page 2
Henry Rome

2    The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

The offender has failed to submit his Monthly Supervision Reports for February and March 2007.

I declare under penalty of perjury that the foregoing is true and correct.

By: Christine M. Rennie
U.S. Probation Officer
Date: 04/23/07

THE COURT ORDERS:

[ ] The Issuance of a Summons. Date of Hearing: _____
[X] The Issuance of a Warrant
[ ] No Action
[ ] Other

Signature of Judicial Officer

April 24 2007
Date